IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MACAULAY T. KRUEGER,

                Petitioner,                        ORDER

v.

                                                    13-cv-879-slc

MICHAEL MEISNER,
Warden Redgranite Correctional Institution,

                Respondent[1].

The parties in this case having stipulated their consent to jurisdiction by a United States Magistrate Judge,

IT IS ORDERED that this case be referred to Stephen L. Crocker, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed. R. Civ. P. 73.

Entered this 4th day of November, 2015.

                                                  BY THE COURT:

                                                  /s/
                                                  _____
                                                  WILLIAM M. CONLEY
                                                  District Judge

---

[1] Michael Meisner has succeeded Michael Dittman as the Warden of the Redgranite Correctional Institution.  Therefore, Meisner is automatically substituted as the proper respondent pursuant to Fed. R. Civ. P. 25(d).