IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MACAULAY T. KRUEGER,

    Petitioner,　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　　Case No. 13-cv-879-slc

MICHAEL MEISNER, Warden,
Red Granite Correctional Institution,

    Respondent.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Macaulay T. Krueger for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

    /s/　　　　　　　　　　　　　　　　　　　11/20/2015

Peter Oppeneer, Clerk of Court　　　　　　　　　　　　Date